**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 12-7723**

―――――――――――

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

PATRICK PRINCE,

            Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the District of South Carolina, at Greenville.  G. Ross Anderson, Jr., Senior District Judge.  (6:10-cr-00423-GRA-7)

―――――――――――

Submitted:  December 13, 2012      Decided:  December 19, 2012

―――――――――――

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Patrick Prince, Appellant Pro Se.  Alan Lance Crick, Assistant United States Attorney, Andrew Burke Moorman, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Prince appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Prince, No. 6:10-cr-00423-GRA-7 (D.S.C. Sept. 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED